## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA MARKOCKI** | **CIVIL ACTION** |
| **v.** | **NO. 17-3402** |
| **UNUM, UNUM LIFE INSURANCE COMPANY OF AMERICA** | |

## ORDER

  **AND NOW, TO WIT:**  This 16th day of April, 2019, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

  **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

        **KATE BARKMAN**, Clerk of Court

          /s/ Lori K. DiSanti

       **BY:** _____

          Lori K. DiSanti
          Deputy Clerk

O:\CIVIL 17\17-3402 MARKOCKI V UNUM\17CV3402 41B ORDER 04162019.DOCX